UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LASE GUARANTY TRUST, derivatively on
behalf of JPMORGAN CHASE & CO.,

                    Plaintiff,                JUDGMENT
v.                22-CV-01331(EK)(JAM)

LINDA B. BAMMANN, STEPHEN B. BURKE,
TODD ANTHONY COMBS, JAMES SCHINE
BROWN, JAMES DIMON, et al.,

                    Defendants.

     And

JPMORGAN CHASE & CO.,

                    Nominal Defendant.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Eric Komitee, United States District Judge, having been filed on March 14, 2024, dismissing the complaint without prejudice; granting plaintiff leave to file a motion to file an amended complaint within thirty days; and an Order having been filed on October 28, 2024, dismissing this case; and directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that this case is dismissed.

Dated: Brooklyn, New York                                Brenna B. Mahoney
      October 29, 2024                                      Clerk of Court

                                                        By:   */s/Jalitza Poveda*
                                                                  Deputy Clerk